# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

ROSALYN D. BROWN, )
)
        Plaintiff, )
v. ) Case No. CIV-16-475-SPS
)
COMMISSIONER of the Social )
Security Administration, )
)
        Defendant. )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 21] entered contemporaneously herewith, remanding this action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 27th day of March, 2018.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**